UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00406-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RANDALL BUSH,

       Defendant.

---

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#15)** on November 30, 2006 by Defendant Randall Bush. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

    **IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **January 22, 2007** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **December 15, 2006** and **the December 18, 2006** trial date are **VACATED**.

Dated this 30th day of November, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge